Dismissed and Memorandum Opinion filed October 12, 2006








Dismissed
and Memorandum Opinion filed October 12, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00751-CR

 

____________

 

MIA ABRAMS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
176th District Court

Harris County, Texas

Trial Court Cause No.
832,176

 



 

M E M O R A N D U M   O P I N I O N

This is
an attempted appeal from the denial of appellant=s motion to recuse the trial judge. 
On September12, 2006, the court notified the parties that an interlocutory
ruling on a motion to recuse is not an appealable order, and the court would
consider dismissal of the appeal unless grounds for maintaining jurisdiction
were demonstrated.  Appellant responded by filing a motion to dismiss the
appeal for want of jurisdiction, acknowledging that the denial of recusal is
reviewable on appeal from the final judgment.  See Tex. R. Civ. P. 18a(f).  








Accordingly,
we grant the motion and order the appeal dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
12, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Seymore.

Do Not Publish C
Tex. R. App. P. 47.2(b).